**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
OLGA CASTRO,

                Plaintiff,

    - against -                          04 Civ. 07018 (AKH)

BEAR STEARNS & COMPANY and DAWN
ORAM,

                Defendants
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/05

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that all claims asserted by plaintiff Olga Castro in this matter are and hereby shall be dismissed in their entirety with prejudice and with each party to bear its own costs, and with such claims to be submitted to arbitration pursuant to the National Association of Securities Dealers Inc. Code of Arbitration Procedure and the Federal Arbitration Act.

Dated: New York, New York
       Dec. 8, 2004

TUCKNER, SIPSER, WEINSTOCK
& SIPSER LLP

By: _____
   Jack B. Tuckner (JT-____)
   William J. Sipser (WS-1781)

120 Broadway, 18th Floor
New York, New York 10271
(212) 766-9100
Attorneys for Plaintiff Olga Castro

KRAMER LEVIN, NAFTALIS
& FRANKEL LLP

By: _____
   Robert N. Holtzman (RH-9525)
   Izabel P. McDonald (IM-6638)

919 Third Avenue
New York, New York 10022
(212) 715-9100
Attorneys for Defendants
Bear, Stearns & Co. Inc. and Dawn Oram

SO ORDERED

_____
U.S.D.J.
1/5/05

KL3:2375067.1